**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936

Attorney for Defendant
ROSALINA MERCADO RODRIGUEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 06-CR-0330-LJO |
| PLAINTIFF, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | |
| ROSALINA MERCADO RODRIGUEZ, | |
| DEFENDANT | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL; AND VIRNA L. SANTOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ROSALINA MERCADO RODRIGUEZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the change of plea hearing currently set for 03/30/2007 be continued to 05/04/2007 or a date convenient to court and counsel.

I am respectfully requesting a continuance of change of plea hearing because I will be in military reserve duty on Friday, March 30, 2007 with the 78th LSO. Therefore, I will be unable to proceed with the change of plea hearing. I have been in contact with Ms. Santos and she has no opposition to this request.

Stipulation and Order to Continue Change of Plea Hearing      1

1  Based upon the foregoing, I respectfully request that the change of plea hearing be
2  continued to May 4, 2007.
3  The parties also agree that the delay resulting from the continuance shall be excluded in
4  the interest of justice pursuant to 18 U.S.C. §3161 (H)(8)(A).
5  Dated: 03/27/2007

/s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant

McGREGOR W. SCOTT
United States Attorney

Dated: 03/27/2007

By /s/ Virna L. Santos
VIRNA L. SANTOS
Assistant U.S. Attorney

## ORDER

Due to the unavailability of Defense Counsel, the court finds good cause for the continuance and for the exclusion of time.   Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A).   The Court continues the matter to May 4, 2007 at 9 a.m., but expects either that the case resolve that day or counsel will set a trial date.

IT IS SO ORDERED.

**Dated:   March 27, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Change of Plea Hearing     2